

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print          GrantedPublicAccess  Logoff KEVIN_FRITZ

**2022-CC00402 - JASON A TUCKER V LOGISTICARE SOLUTIONS LLC (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ○ Descending  ● Ascending

Display Options: All Entries

---

**02/24/2020**  Judge Assigned

**Pet Filed in Circuit Ct**
Petition.
  **Filed By:** CRAIG MICHAEL ORTWERTH
  **On Behalf Of:** JASON ALLEN TUCKER

Note to Clerk eFiling
  **Filed By:** CRAIG MICHAEL ORTWERTH

Filing Info Sheet eFiling
  **Filed By:** CRAIG MICHAEL ORTWERTH

**02/25/2020**  **Summons Issued-Circuit**
Document ID: 20-SMCC-1104, for LOGISTICARE SOLUTIONS LLC.

**03/05/2020**  **Request for Jury Trial Filed**
Request for Jury Trial.
  **Filed By:** CRAIG MICHAEL ORTWERTH
  **On Behalf Of:** JASON ALLEN TUCKER

**03/06/2020**  Jury Trial Scheduled
  **Scheduled For:** 08/10/2020; 9:00 AM ; REX M BURLISON; City of St. Louis

**03/16/2020**  **Corporation Served**
Document ID - 20-SMCC-1104; Served To - LOGISTICARE SOLUTIONS LLC; Server - ; Served Date - 03-MAR-20; Served Time - 13:15:00; Service Type - Sheriff Department; Reason Description - Served

---

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| **JASON ALLEN TUCKER,** | ) |
| | ) |
| Plaintiff, | ) Cause No: |
| | ) |
| v. | ) Division: |
| | ) |
| **LOGISTICARE SOLUTIONS, LLC,** | ) |
| Serve Registered Agent: | ) |
| Registered Agent Solutions, Inc. | ) |
| 3225-A Emerald Lane | ) |
| Jefferson City, MO 65109 | ) |
| | ) |
| Defendant. | ) |

## **PETITION**

COMES NOW Plaintiff, through counsel, for his claim against Defendant LogistiCare Solutions, LLC (hereinafter LogistiCare), states as follows:

1. At all times relevant to this litigation, Plaintiff Jason Allen Tucker has been a resident of St. Louis, St. Louis County, Missouri.

2. At all times relevant to this litigation, Defendant LogistiCare ("LogistiCare") has been a Delaware LLC, duly registered to conduct business in the state of Missouri, with registered agent as listed above.

3. At the time of the incident alleged in this Petition, Plaintiff was in a medical transportation van driven by an agent/employee/representative of LogistiCare. At all times relevant to this litigation, said individual was an agent, servant, employee, or apparent or ostensible agent, of the defendant, acting in the course and scope of his employment or other relationship with Defendant LogistiCare.

4. Venue in this Court is proper pursuant to RSMo. §508.010. as Mr. Tucker was injured in St. Louis City, Missouri.

5. On or about May 30, 2019, Plaintiff had secured medical transportation services from LogistiCare for transport on that date to and from a medical appointment.

6. On May 30, 2019, Plaintiff was picked up in a medical transportation van by an individual, agent, servant, employee, or apparent or ostensible agent, of the defendant.

7. On that date, said individual, agent, servant, employee, or apparent or ostensible agent, of the defendant, arrived at the Plaintiff's residential facility, Rancho Manor Healthcare & Rehabilitation Center. At that time, he took control of Plaintiff's wheelchair and placed him in the medical transportation van for purposes of transporting him to the medical appointment.

8. Said individual, agent, servant, employee, or apparent or ostensible agent, of the defendant, failed to adequately secure Plaintiff in the wheelchair in the medical transportation van.

10. Said agent, servant, employee, or apparent or ostensible agent, of the defendant braked suddenly and Plaintiff was thrown from the wheelchair, injuring his right leg as more fully set out below.

11. LogistiCare is liable for its agent, servant, employee, or apparent or ostensible agent, and breaches of his duty to Plaintiff to exercise the highest degree of care in operating the medical transportation van on May 30, 2019, because he negligently:

    a. Drove at an excessive speed for the then-existing circumstances;

    b. Failed to adequately secure Plaintiff in the wheelchair in the medical transportation van before moving the van;

    c. Failed to properly train the driver in charge of Plaintiff's care on May 30, 2019;

    d. Failed to properly supervise the driver in charge of Plaintiff's care on May 30, 2019;

Electronically Filed - City of St. Louis - February 24, 2020 - 01:22 PM

  e. Failed to properly test the driver in charge of Plaintiff's care on May 30, 2019; and

  f. Failed to follow recognized rules or standards for safely transporting a patient in a wheelchair.

12. As a direct and proximate result of Defendant LogistiCare's negligence and carelessness, as aforesaid, Plaintiff Jason Allen Tucker suffered injuries to the various bones, joints, muscles, nerves and systems of her body, specifically a right trimalleolar fracture, and amputation of his right leg below the knee; his injuries are permanent, progressive, and disabling; his ability to work, labor, and enjoy life has been and will in the future be impaired, all to his damage.

**WHEREFORE**, Plaintiff Jason Allen Tucker prays for judgment against Defendant LogistiCare, in an amount in excess of $25,000 that is fair and reasonable, for the costs he incurs in this litigation and for such other or further relief as may be just and proper.

            **ORTWERTH LAW, LLC**

            **/s/ Craig M. Ortwerth**
            **Craig M. Ortwerth #47880**
            *cortwerth@gatewayinjurylaw.com*
            **1922 Chouteau Avenue**
            **St. Louis, Missouri 63103**
            **(314) 584-4500**
            **(314) 584-4501 facsimile**
            *Attorneys for Plaintiff*



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00402 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>JASON ALLEN TUCKER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CRAIG MICHAEL ORTWERTH<br>1922 CHOUTEAU AVENUE<br>ST. LOUIS, MO 63103 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>LOGISTICARE SOLUTIONS LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** LOGISTICARE SOLUTIONS LLC
**Alias:**
REGISTERD AGENT SOLUTIONS INC
3225 A EMERALD LANE
JEFFERSON CITY, MO 65109

*COURT SEAL OF*

*CITY OF ST LOUIS*

**COLE COUNTY, MO**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 25, 2020**
_____     _____
         Date                                                                     Clerk
                                                 *Thomas Kloeppinger*

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____     _____
                                                  Date                                          Notary Public

**Sheriff's Fees, if applicable**
Summons                                             $_____
Non Est                                               $_____
Sheriff's Deputy Salary
Supplemental Surcharge          $_____10.00_____
Mileage                                              $_____ (_____ miles @ $._____ per mile)
**Total**                                              $_____
A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - March 05, 2020 - 01:48 PM

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | | |
|---|---|---|
| **JASON ALLEN TUCKER,** | ) | |
| | ) | |
| Plaintiff, | ) | Cause No: 2022-CC00402 |
| | ) | |
| v. | ) | Division: |
| | ) | |
| **LOGISTICARE SOLUTIONS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR JURY TRIAL

COMES NOW Plaintiff Jason Allen Tucker, by and through counsel, and requests a jury trial in the above cause.

        **ORTWERTH LAW, LLC**

        **/s/ Craig M. Ortwerth**
        **Craig M. Ortwerth #47880**
        *cortwerth@gatewayinjurylaw.com*
        **1922 Chouteau Avenue**
        **St. Louis, Missouri 63103**
        **(314) 584-4500**
        **(314) 584-4501 facsimile**
        *Attorneys for Plaintiff*



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: REX M BURLISON | Case Number: 2022-CC00402 | Special Process Server 1 |
| --- | --- | --- |
| Plaintiff/Petitioner: JASON ALLEN TUCKER vs. | Plaintiff's/Petitioner's Attorney/Address CRAIG MICHAEL ORTWERTH 1922 CHOUTEAU AVENUE ST. LOUIS, MO 63103 | Special Process Server 2 Special Process Server 3 |
| Defendant/Respondent: LOGISTICARE SOLUTIONS LLC | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | RECEIVED MAR 02 2020 (Date File Stamp) |
| Nature of Suit: CC Pers Injury-Vehicular | | |

## Summons in Civil Case

**The State of Missouri to:** LOGISTICARE SOLUTIONS LLC
Alias:
REGISTERD AGENT SOLUTIONS INC
3225 A EMERALD LANE
JEFFERSON CITY, MO 65109

**COURT SEAL OF CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 25, 2020**
_____ _____
Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
K. M. (name) Designee (title).
☐ other: _____.

Served at 3225-A Emerald Ln (address)
in Cole (County/City of St. Louis), MO, on 3/3/2020 (date) at 1:15pm (time).

Sheriff Al R. Whelk       By Dep. John Stahl 81
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____ _____
                                    Date                Notary Public

**Sheriff's Fees, if applicable**
Summons                                  $_____
Non Est                                  $_____
Sheriff's Deputy Salary
Supplemental Surcharge     $  10.00
Mileage                                  $_____ (_____ miles @ $_____ per mile)
Total                                       $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.